IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT A. MARSHALL,

    Plaintiff,

v.                                                                                                                                                                                                                    No. 1:25-cv-00063 JMR/SCY

CITIBANK; TRANSUNION;
EXPERIAN; and EQUIFAX,

    Defendants.

## ORDER REGARDING SERVICE

The statute governing proceedings *in forma pauperis*, 28 U.S.C. § 1915, provides that "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d). Because Plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915, the Court orders the Clerk of the Court to notify the individual Defendants, at the addresses provided by Plaintiff in his Notice (Doc. 12), that an action has been commenced and request that the individual Defendants waive service pursuant to Fed. R. Civ. P. 4(d).

**IT IS ORDERED** that the Clerk of the Court notify Defendants that an action has been commenced and request that Defendants waive service pursuant to Fed. R. Civ. P. 4(d). The notice shall include a copy of this Order, a waiver of service form, and a copy of Plaintiff's Third Amended Complaint (Doc. 9). The Clerk shall mail these documents to Defendants at the following addresses:

    Citibank
    5800 S. Corporate Pl
    Sioux Falls, SD 57108

Transunion
555 W. Adams St
Chicago, IL 60661

Experian
475 Anton Blvd
Costa Mesa, CA 92626

Equifax
1550 Peachtree St NW
Atlanta, GA 30309

If any Defendant does not return the waiver within 45 days after mailing of the notice, waiver form, and copy of the Amended Complaint, then the Court will enter another order for service by officers of the Court on that Defendant.

_____
UNITED STATES MAGISTRATE JUDGE